JOSEPH ANDERSON, Appellant, v. JOSEPH S. EISENBERG and AARON EISENBERG, Individually and as Copartners, etc., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH ANDERSON, Respondent, v. JOSEPH S. EISENBERG and AARON EISENBERG, Individually and as Copartners, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH CURRAN, as President of the National Mariitme Union of America, Respondent, v. WALTER WINCHELL and Others, Appellants, Impleaded with Another, Defendant.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH CURRAN, as President of the National Maritime Union of America, Respondent, v. WALTER WINCHELL and Others, Appellants, Impleaded with Another, Defendant.— Orders, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of NAHUM FIELDMAN, as Administrator, etc., of SAMUEL FIELDMAN, Also Known as SAMUEL Z. FIELDMAN, Deceased. In the Matter of the Application of HARRY SCHNEIDERMAN to Fix and Determine His Compensation for Services Rendered as Attorney for NAHUM FIELDMAN, as Administrator, etc., of SAMUEL FIELDMAN, Also Known as SAMUEL Z. FIELDMAN, Deceased. HARRY SCHNEIDERMAN, Petitioner, Appellant; NAHUM FIELDMAN, as Administrator, etc., and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SIDNEY BROWN, Petitioner, for an Order against JOHN E. CONNELLY, Chairman, and Others, as Commissioners of the State Insurance Fund of the Department of Labor of the State of New York, and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P . J., O'Malley, Townley, Dore and Cohn, JJ.

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Respondent, v. EAGLE STAR INSURANCE COMPANY, LTD., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.